```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------

MERREL MARLIN,

                Plaintiff,

            23-cv-8777 (JGK)

  - against -

            ORDER

TARGET CORPORATION,

                Defendant.

-----------------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by November 10, 2023.

SO ORDERED.

Dated:    New York, New York
          October 26, 2023

                                              John G. Koeltl
                                     United States District Judge