UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MERREL MARLIN,
                Plaintiff(s)

                                                             23 civ 8777 (JGK)

      -against-

TARGET CORPORATION,
                Defendant(s).
-----------------------------------------------------------X

## ORDER

A scheduling order submitted on November 13, 2023,

The conference scheduled for January 30, 2024 is canceled.

**SO ORDERED.**

                                                               **JOHN G. KOELTL**
                                                **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          January 24, 2024