UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

MERREL MARLIN,                               23-cv-8777 (JGK)

          Plaintiff,                        ORDER

    - against -

TARGET CORPORATION,

          Defendant.

―――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for oral argument in connection with the defendant's motion for summary judgment on **Monday, November 4, 2024,** at **4:00 p.m.** in Courtroom 14A of the United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:     New York, New York
          October 22, 2024

                                              /s/ John G. Koeltl
                                                John G. Koeltl
                                          **United States District Judge**