```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

MERREL MARLIN,

           Plaintiff,

- against -

TARGET CORPORATION,

           Defendant.

23-cv-8777 (JGK)

ORDER

------------------------------------------------

JOHN G. KOELTL, District Judge:

    For the reasons stated on the record today, the defendant's motion for partial summary judgment on liability is **denied**. The Clerk is respectfully directed to close ECF No. 21.

SO ORDERED.

Dated:    New York, New York
           November 4, 2024

                                      John G. Koeltl
                                United States District Judge